**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6640**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MENUS B. FFRENCH,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CR-92-304-G, CA-98-999-1)

———————

Submitted:  July 22, 1999          Decided:  July 28, 1999

———————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Menus B. Ffrench, Appellant Pro Se.  Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Menus B. Ffrench seeks to appeal the district court's order denying his motion filed under 18 U.S.C. § 3553(b) (1994) and 18 U.S.C.A. § 3582 (West 1985 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. As the district court correctly noted, it did not have the authority to reduce Ffrench's sentence because the Government has not moved for a reduction, see 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35(b), and because 18 U.S.C. § 3553(b) is not a mechanism for reducing a sentence on collateral review. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2